HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Mary Rose Rhoden

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00001 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| vs. | DATE: August 10, 2017 |
| MARY ROSE RHODEN, | TIME: 2:00 p.m. |
| | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for August 14, 2017, may be advanced to August 10, 2017, at 2:00 p.m. before the Honorable Sheila K. Oberto.

This advancement of the court date is at the request of the defense as Ms. Rhoden is now prepared to admit all the violations alleged in the supervised release petition and she would like to adjudicate her case at the earliest possible opportunity. Counsel for the Government and the Probation Officer are agreeable to the advancement on the requested time and date.

///

///

///

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: August 8, 2017     By:   /s/ *Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: August 8, 2017     By:   /s/ *Charles J. Lee*
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARY ROSE RHODEN

**O R D E R**

IT IS SO ORDERED.

Dated:  **August 8, 2017**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE