HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARY ROSE RHODEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 1:17-CR-00001-LJO |
| Plaintiff, | ORDER FOR TRANSPORT TO DELANCEY STREET FOUNDATION |
| vs. | |
| MARY ROSE RHODEN, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant, Mary Rose Rhoden, (Fresno County Sheriff's Booking No. 1725886; Person ID 1510713) shall be released to Kevin Mitchel, a social worker with the Office of the Federal Defender, from the Fresno County Jail on Wednesday, September 13, 2017, at 7:00 a.m. Mr. Mitchel will then transport Ms. Rhoden to the Delancey Street Foundation program located in San Francisco for an intake interview. If immediately accepted, Ms. Rhoden will stay at Delancey Street and abide by all rules of the program. If not immediately accepted, Mr. Mitchel will return Ms. Rhoden to the Fresno County Jail by no later than 10:00 p.m. on September 13, 2017. All previously imposed terms and conditions of supervised release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 11, 2017**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE